IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RASHEED KELLUM

vs.        :        CIVIL ACTION NO:

THE CITY OF PHILADELPHIA, et al.        :        14-4661

## ORDER

**AND NOW**, this 15th day of April, 2015, it having been reported that the issues between **Rasheed Kellum and The City of Philadelphia, Wali Shabazz, Ricardo Dameus, and Gregory Speck** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs, **as to the above named parties only.**

ATTEST:
BY:                                  or        BY THE COURT:

_____                        _____
Carol D. James                                   PAUL S. DIAMOND, J.
Deputy Clerk

Civ 12 (7/95)
41(b)pty.frm